**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-01117 MMM (OPx) | Date | March 12, 2014 |
|---|---|---|---|

| Title | *Intervention911 v. City of Palm Springs* |
|---|---|

Present: The Honorable    MARGARET M. MORROW

| N/A | N/A |
|---|---|
| Anel Huerta, Deputy Clerk | Court Reporter |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Jessica S. Swann | Robert L. Kaufman |
| Steven G. Polin | |

**Proceedings:**          **Further Telephone Status Conference**

Telephone status conference is held and counsel are present. The parties and the court discuss the status of discovery and settlement discussions.  The court extends the fact discovery cut-off from April 4, 2014 to April 18, 2014, coincident with the date for initial expert disclosures.  All other case management dates remained unchanged.