Ethan J. Loeb, Esq. (Florida Bar No. 668338)
ethanl@smolkerbartlett.com
Jessica S. Swann (Florida bar No. 86261)
jessicas@smolkerbartlett.com
SMOLKER, BARTLETT, SCHLOSSER, LOEB & HINDS, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, Florida 33602
Telephone: (813) 223-3888; Facsimile: (813) 228-6422
*PRO HAC VICE*

Steven G. Polin, Esquire (DC Bar No. 439234)
spolin2@earthlink.net
3034 Tennyson Street NW
Washington, DC 20015
Telephone: (202) 331-5848; Facsimile: (202) 537-2986
*PRO HAC VICE*

David L. Baron, Esq. (SBN 105212)
Brent C. Clemmer, Esq. (SBN 179722)
baron@sbelawyers.com
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262
Telephone: (760) 322-2275; Facsimile: (760) 322-2107
Attorneys for Intervention911

Robert L. Kaufman (California Bar # O66389)
rkaufman@wss-law.com
WOODRUFF, SPRADLIN & SMART, APC
55 Anton Boulevard, Suite 1200
Costa Mesa, CA 92626-7671
Telephone (714) 558-7000
Facsimile (714) 835-7787
Attorneys for Defendant City of Palm Springs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERVENTION911, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v. | CASE NO.: 5:13-01117 MMM-OP<br><br>**STIPULATION EXTENDING MOTIONS HEARING CUT-OFF** |

1

|  |  |
|---|---|
| CITY OF PALM SPRINGS, a California charter city, | ) ) ) |
| Defendant | ) ) |

After conferring regarding discovery related matters, IT IS HEREBY STIPULATED by and between Plaintiff INTERVENTION 911, a California corporation, and Defendant CITY OF PALM SPRINGS, a California charter city, as follows:

1. On March 12, 2014, counsel for Plaintiff requested that the fact discovery cut-off be extended to April 18, 2014. The Court granted the requested continuance. As a result, some discovery was rescheduled after the initial (now superseded) discovery cut-off date, including the depositions of Plaintiff's principals, Ken Seeley and Eric McLaughlin. Defendant intends to bring a motion for summary judgment or, in the alternative, for summary adjudication. Given the continuance of various depositions and extension of the discovery cutoff, the parties stipulate to extend the motions hearing cut-off date from 10:00 a.m. on June 16, 2014, to 10:00 a.m. on July 3, 2014.

2. Ken Seeley and Eric McLaughlin will sit for deposition on April 7, 2014. Counsel for Plaintiff will accept service on behalf of Mr. Seeley and Mr. McLaughlin for the deposition.

3. Plaintiff will produce four (4) residents from the two properties—two (2) from the Alexander Inn and two (2) from the Palm Tee Hotel—to sit for deposition on March 19, 2014. Their names and identities will be concealed for all purposes except to effectuate service for trial. The parties will not inquire into the medical or addiction history except: (1) the length of their sobriety and (2) whether they have relapsed.

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: March 19, 2014 | | |
| 3 | | By: | /s/ Ethan J. Loeb_____ |
| 4 | | | Ethan J. Loeb, Esquire |
| | | | Steven G. Polin, Esquire |
| 5 | | | David Baron, Esquire |
| 6 | | | Jessica S. Swann, Esquire |
| 7 | | | Attorneys for Plaintiff, Intervention 911, a California corporation |
| 8 | | | |
| | Dated: March 19, 2014 | | |
| 9 | | By: | /s/ Robert L. Kaufman_____ |
| 10 | | | Robert L. Kaufman, Esquire |
| 11 | | | Michael T. Tam, Esquire |
| 12 | | | Attorneys for Defendant, City of Palm Springs |

3

## PROOF OF SERVICE

### STATE OF FLORIDA, COUNTY OF HILLSBOROUGH

I am employed in the County of Hillsborough, State of Florida. I am over the age of 18 years and not a party to the within action; my business address is Smolker, Bartlett, Schlosser, Loeb & Hinds, P.A., 500 E. Kennedy Blvd, Suite 200, Tampa, Florida 33602.

On March 17, 2014, I served the foregoing document described as STIPULATION EXTENDING MOTIONS HEARING CUTT-OFF on all interested parties in this action:

[ ]   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

[ ]   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at TAMPA, Florida in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **(BY OVERNIGHT MAIL)** I caused such envelope to be delivered via Federal Express, Overnight Delivery, to the office of the addressed as stated on the attached mailing list.

[ ]   **(BY PERSONAL SERVICE)** I caused such envelope to be hand delivered to the addressed as stated on the attached mailing list.

[ ]   **(BY FACSIMILE TRANSMISSION)** I caused such document to be transmitted by facsimile to the interested parties to the last known facsimile number for each as set forth herein.

[**X**]   **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

[**X**]   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 19, 2014, at Tampa, Florida.

         */s/ Heather A. Wilfong*
         Heather A. Wilfong

**INTERVENTION911, et al v. CITY OF PALM SPRINGS, et al.**

**ASSIGNED TO THE HON. MARGARET M. MORROW
COURTROOM 780
MAGISTRATE JUDGE OSWALD PARADA
COURTROOM 3
USDC, CENTRAL DISTRICT OF CALIFORNIA
CASE NO. EDCV13-01117 MMM (OPx)**

**SERVICE LIST**

M. Lois Bobak, Esquire
Caroline A. Byrne, Esquire
Robert L. Kaufman, Esquire
Woodruff, Spradlin & Smart, APC
555 Anton Boulevard, Suite 1200
Costa Mesa, CA 92626-7670
Attorneys for Defendant,
City of Palm Springs, a California charter city