UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 13-01117-MMM(OPx) | Date: July 7, 2014 |

Title: Intervention911 vs City of Palm Springs

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | C. NIRENBERG |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven G. Polin | Robert Kaufman |
| Ethan Loeb | |

**Proceedings:**    Defendant's Motion for Summary Judgment[46]

　　　The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court grants in part and denies in part defendant's motion for summary judgment.   The court to issue a final order.