1  Ethan J. Loeb, Esq. (Florida Bar No. 668338)
   Jessica S. Swann, Esq. (Florida Bar No. 86261)
2  SMOLKER, BARTLETT, SCHLOSSER, LOEB & HINDS, P.A.
3  500 E. Kennedy Blvd., Suite 200
   Tampa, Florida 33602
4  Telephone: (813) 223-3888; Facsimile: (813) 228-6422
   ethanl@smolkerbartlett.com
5  jessicas@smolkerbartlett.com
6  *PRO HAC VICE*

7  Steven G. Polin, Esquire (DC Bar No. 439234)
   3034 Tennyson Street NW
8  Washington, DC 20015
9  Telephone: (202) 331-5848; Facsimile: (202) 537-2986
   spolin2@earthlink.net
10 *PRO HAC VICE*

11 David L. Baron, Esq. (SBN 105212)
12 Brent C. Clemmer, Esq. (SBN 179722)
   SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
13 1800 East Tahquitz Canyon Way
   Palm Springs, CA 92262
14 Telephone: (760) 322-2275; Facsimile: (760) 322-2107
15 baron@sbelawyers.com
   Attorneys for Intervention911
16

17            UNITED STATES DISTRICT COURT
18            CENTRAL DISTRICT OF CALIFORNIA

19
20 INTERVENTION911, a California     CASE NO.: 5:13-cv-01117 MMM-OP
   corporation,
21
22        Plaintiff(s),              **JOINT STIPULATION FOR
                                     ENTRY OF AN ORDER
23        v.                         STAYING CASE**
24
25 CITY OF PALM SPRINGS, a
   California charter city,
26
27        Defendant(s)
28

1

Pursuant to the terms of the August 12, 2014 Mediation Plan, the parties hereby stipulate to the entry of an order staying the above-captioned case until Monday, December 15, 2014, or a date thereafter at the Court's convenience, at which time the Court will hold a status conference.

Dated: 8/21/14

By: _____
Ethan J. Loeb, Esquire
Steven G. Polin, Esquire
David Baron, Esquire
Jessica S. Swann, Esquire
Attorneys for Plaintiff, Intervention 911, a California corporation

By: _____
Robert L. Kaufman, Esquire
Attorney for Defendant City of Palm Springs