O

# United States District Court
# Central District of California

| | |
|---|---|
| INTERVENTION911,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PALM SPRINGS,<br><br>　　　　Defendant. | Case № 5:13-cv-01117-ODW(SPx)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION IN LIMINE NO. 18 [247]** |

　　The Court **DENIES AS MOOT** Defendant's Motion in Limine No. 18 to exclude testimony of Kelly B., Leonard Kienzle, and Chris Spencer. (ECF No. 247.)

　　**IT IS SO ORDERED.**

　　August 19, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**