**O**

# United States District Court
# Central District of California

| | |
|---|---|
| INTERVENTION911, | Case № 5:13-cv-01117-ODW(SPx) |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT CONFERENCE AND CASE SCHEDULE** |
| CITY OF PALM SPRINGS, | |
| Defendant. | |

After considering the parties' Joint Report (ECF No. 313), the Court hereby **ORDERS** as follows:

**Settlement Conference**

(1) This Court will conduct a settlement conference on **December 20, 2016, at 10:00 a.m.** The conference will take place at the United States Courthouse, 350 West First Street, Courtroom 5D, Los Angeles, CA 90012. A representative must **personally appear** at the settlement conference on behalf of Plaintiff Intervention911 who has the **full and final authority** to settle all claims. A representative must **personally appear** at the settlement conference on behalf of Defendant City of Palm Springs who has **full and final authority** to settle all claims in the case, subject only to the City Council's approval of the settlement.

(2) On or before **December 5, 2016**, each party must file and serve a

statement that (i) identifies the representative that will appear on behalf of each party; (ii) identifies the representative's title within the company or City; and (iii) affirms that the representative has the authority to settle the matter as described above.

(3) If one party objects to the adequacy of the opposing party's representative, the objecting party should file a short statement no later than **December 7, 2016**, identifying the reasons why the opposing party's representative is inadequate. Based on this submission, the Court will either summarily overrule the objection or will set a telephonic conference with the parties to resolve the issue.

(4) Each party should submit a settlement conference statement to the Court no later than **December 13, 2016**. The parties should e-mail the statement to: ODWChambers@cacd.uscourts.gov. The parties should <u>not</u> file the statement on the Court's CM/ECF system. Each party's statement should not exceed **7 pages**. The parties may, at their discretion, serve their statement on the opposing party. The parties should clearly indicate on their statement whether or not it was served on the opposing party.

**Case Schedule**

(1) The Court hereby sets the following schedule for the retrial of this case:

| Event | Date |
|---|---|
| Trial at 9:00a.m. | 3/14/17 |
| File Final Trial Exhibit Stipulation | 3/10/17 |
| Final Pretrial Conference at 1:30 p.m.; Proposed Voir Dire Questions & Agreed-to Statement of Case | 2/27/17 |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation; File Trial briefs; File Contentions of Fact & Law; Exhibit & Witness | 2/17/17 |

| | |
|---|---|
| Lists; File Agreed Upon Set of Instructions & Verdict Forms; File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | |
| Discovery Cut-Off for *All* Discovery | Passed |
| Last Date to Amend Pleadings or Add Parties | Passed |

(2) The Court does not intend to grant a continuance of the trial date absent exceptionally compelling circumstances. Specifically, failure to complete discovery will not be considered good cause to continue the trial date.

(3) Any motion to reopen discovery must be set for hearing no later than **November 28, 2016**. The Court emphasizes that no discovery may take place (including additional Rule 26 disclosures) unless and until the Court orders discovery reopened.

**IT IS SO ORDERED.**

September 23, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**