**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| INTERVENTION911,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PALM SPRINGS,<br><br>　　　　　Defendant. | Case №. 5:13-cv-01117-ODW (SPx)<br>**JUDGMENT** |

# JUDGMENT

In light of the Court's Orders granting dismissal for lack of standing and for failure to prosecute (Order, ECF No. 546), the request to continue trial (ECF No. 537) is **DENIED** as moot, and,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment for Defendant City of Palm Springs as to all of Plaintiff Intervention911's claims for relief;
2. Each party shall bear its own fees and costs;
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 16, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**